Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff
AECOM ENERGY &
CONSTRUCTION, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., an Ohio Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN RIPLEY, *et al.*,<br><br>        Defendants. | CASE NO. 2:17-cv-05398-RSWL(SSx)<br><br>**REQUEST TO ENTER DEFAULT**<br><br>Complaint Filed Date: July 21, 2017<br><br>Judge:    Hon. Ronald S. W. Lew |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff AECOM Energy & Construction, Inc. ("AECOM") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants Bud Zukaloff, John Ripley, Todd Hale, and Henry Blum (collectively, the "non-appearing Defendants") on the ground that the non-appearing Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on the non-appearing Defendants no later than August 29, 2017, evidenced by the Declaration of Diana M. Torres in Support of AECOM's Service on Defendants Zukaloff, Ripley, Hale and Blum Pursuant to FRCP 4 and Cal. Code Civil Proc. 415.20; and Supporting Proofs of Service. Dkt. 42.

The above stated facts are set forth in the accompanying declaration of Diana M. Torres, filed herewith.

DATED: December 1, 2017                      Respectfully submitted,

*/s/ Diana M. Torres*
Diana M. Torres

*Attorney for Plaintiff*
AECOM ENERGY &
CONSTRUCTION, INC.