Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff
AECOM ENERGY &
CONSTRUCTION INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., an Ohio Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN RIPLEY *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-05398-RSWL(SSx)<br><br>**DECLARATION OF DIANA M. TORRES IN SUPPORT OF REQUEST TO ENTER DEFAULT**<br><br>Complaint Filed Date: July 21, 2017<br><br>Judge:　　Hon. Ronald S. W. Lew |

I, Diana M. Torres, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and of the United States District Court for the Central District of California. I am a partner at Kirkland & Ellis LLP, and counsel of record for Plaintiff AECOM Energy & Construction, Inc. ("AECOM"). I submit this declaration in conjunction with AECOM's Request to Enter Default.

2. I have personal knowledge of all of the matters set forth in this declaration, and if called, could and would testify competently thereto.

3. As set forth in my previously-filed declaration dated September 14, 2017, Defendants Bud Zukaloff, John Ripley, Todd Hale, and Henry Blum were served no later than August 29, 2017. Dkt. 42 (Declaration of Diana M. Torres in Support of AECOM's Service on Defendants Zukaloff, Ripley, Hale and Blum Pursuant to FRCP 4 and Cal. Code Civil Proc. 415.20; and Supporting Proofs of Service) ¶¶ 3–12.

4. The time for Defendants Zukaloff, Ripley, Hale and Blum to have responded to the Complaint expired September 19, 2017.

5. Defendants Zukaloff, Ripley, Hale and Blum have not responded to the Complaint.

6. According to publicly-available documents, Defendants Zukaloff, Ripley, Hale and Blum are or were each officers, directors or employees of the corporate entity Defendants at least as far back as four years ago, and thus do not appear to be minors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of December, 2017, at Los Angeles, California.

*/s/ Diana M. Torres*

Diana M. Torres

1