**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>JOHN RIPLEY; TODD HALE; GARY TOPOLEWSKI; HENRY BLUM; BUD ZUKALOFF; "MORRISON KNUDSEN CORPORATION;" "MORRISON-KNUDSEN COMPANY, INC.;" "MORRISON-KNUDSEN SERVICES, INC.;" and "MORRISON-KNUDSEN INTERNATIONAL INC.," <br><br>　　　　Defendants. | CV 17-5398-RSWL-SSx <br><br>**JUDGMENT** <br><br>**REDACTED BY COURT** |

　　**WHEREAS**, on November 8, 2018, this Court **GRANTED** Plaintiff AECOM Energy & Construction, Inc.'s ("Plaintiff") Motion for Summary Judgment and Permanent Injunction against Defendants Gary Topolewski; Morrison Knudsen Corporation; Morrison-Knudsen Company, Inc.;

Morrison-Knudsen Services, Inc.; and Morrison-Knudsen International Inc. [242];

On January 24, 2019, this Court **GRANTED** Plaintiff's Motion for Default Judgment against defaulting Defendants John Ripley, Todd Hale, Henry Blum, and Bud Zukaloff;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff as follows:

1. Defendants John Ripley; Todd Hale; Henry Blum; Bud Zukaloff; Gary Topolewski; Morrison Knudsen Corporation; Morrison-Knudsen Company, Inc.; Morrison-Knudsen Services, Inc.; and Morrison-Knudsen International Inc. ("Defendants") shall be jointly and severally liable for all claims for relief in this Action;
2. Registration No. 5,077,287 shall be cancelled;
3. Pursuant to the Court's Order granting Plaintiff's Motion for Permanent Injunction [242], Defendants, their officers, directors, employees, agents, and all persons acting on their behalf or in concert with them, are HEREBY PERMANENTLY ENJOINED FROM:
    a) any further representations—to the government, to actual and potential customers and business partners, and to the public—that they are Morrison Knudsen Corporation and/or any related entity ("MK"), that MK's accomplishments are their own, that the products and services they offer originate from MK, that the products and

|     |    | services they offer are affiliated with, backed, sponsored or endorsed by, or have any relationship whatsoever to MK, |
| --- | -- | --- |
|     | b) | further use of the word mark MORRISON KNUDSEN (Reg. No. 1,716,505), the MK logo and the combined word and design mark MKCO MORRISON KNUDSEN (Reg. No. 1,744,815), or any confusingly similar name or logo, including the use of "MK," "Morrison Knudsen," or any confusingly similar name; |

4. Plaintiff is awarded damages in the amount of ███████████, payable to Plaintiff within thirty business days after entry of this Judgment; and

5. Plaintiff is awarded its reasonable attorneys' fees and costs, where the amount of attorneys' fees shall be determined by a Motion to Set Amount of Attorneys' fees after entry of this Final Judgment.

As no Defendants remain, the clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: January 24, 2019

s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge