Diana M. Torres (SBN 162284)
diana.torres@kirkland.com
Yungmoon Chang (SBN 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East Suite 3700
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Attorneys for Plaintiff
AECOM ENERGY &
CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AECOM ENERGY & CONSTRUCTION, INC., an Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GARY TOPOLEWSKI, *et al.*,<br><br>Defendants. | CASE NO.: 2:17-cv-05398-RSWL(AGRx)<br><br>**AMENDED FINAL JUDGMENT AGAINST ALL DEFENDANTS**<br><br>Complaint Filed Date: July 21, 2017<br><br>Judge: Hon. Ronald S. W. Lew |

On February 25, 2022, the Honorable Ronald S.W. Lew, District Judge Presiding, granted-in-part AECOM's Motion for Sanctions against Defendants Gary Topolewski, Goodbrand Corporation (formerly Morrison Knudsen Corporation), Northern Majestic International Inc. (formerly Morrison Knudsen International Inc.), Goodbrand Company Inc. (formerly Morrison-Knudsen Company, Inc.), and Majestic Services Inc. (formerly Morrison-Knudsen Services, Inc. Dkt. 417.  The order also found that defaulting Defendants John Ripley, Todd Hale, Bud Zukaloff, and Henry Blum were bound by the Order. Dkt. 417; *see also* Dkt. 258.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this Court hereby enters judgment for AECOM as follows:

All Defendants shall be jointly and severally liable for all claims for relief in this action: false designation of origin/affiliation/passing off, false advertising, cyberpiracy, California Common Law unfair competition, California statutory unfair competition, and California statutory false advertising;

Registration No. 5,077,287 shall be cancelled;

The Court's Order dated November 8, 2018, remains in effect: Defendants, their officers, directors, employees, agents, and all persons acting on their behalf or in concert with them, are hereby permanently enjoined from any further representations—to the government, to actual and potential customers and business partners, and to the public—that they are Morrison Knudsen Corporation and/or any related entity ("MK"), that MK's accomplishments are their own, that the products and services they offer originate from MK, that the products and services they offer are affiliated with, backed, sponsored or endorsed by, or have any relationship whatsoever to MK, and from further use of the word mark MORRISON KNUDSEN (Reg. No. 1,716,505), the MK logo and the combined word and design mark MKCO

MORRISON KNUDSEN (Reg. No. 1,744,815), or any confusingly similar name or logo, including the use of "MK," "Morrison Knudsen," or any confusingly similar name;

AECOM is awarded damages in the amount of $36 million against all Defendants (jointly and severally), payable to AECOM within thirty (30) business days after entry of this Amended Final Judgment;

AECOM is awarded its reasonable attorneys' fees against all Defendants (jointly and severally) incurred during litigation following the Ninth Circuit's remand in the amount of $372,473.60.  This amount is in addition to the previous award of reasonable attorneys' fees for the initial phase of litigation, in the amount of $873,628.02, which remains in effect.  For the avoidance of doubt, the fee award to AECOM for its reasonable attorneys' fees totals $1,246,101.62, payable to AECOM within thirty (30) business days after entry of this Amended Final Judgment; and

AECOM is awarded its costs against all Defendants (jointly and severally) incurred during litigation following the Ninth Circuit's remand in the amount of $2,877.15.  This amount is in addition to the previous award of costs for the initial phase of litigation, in the amount of $15,477.76, which remains in effect.  For the avoidance of doubt, the costs award to AECOM totals $18,354.91, payable to AECOM within thirty (30) business days after entry of this Amended Final Judgment.

Dated:  May 9, 2022

/s/ Ronald S.W. Lew
Judge of the United States District Court